Fill in this information to identify your case and this filing:

Debtor 1: **Thomas Enzendorfer** (First Name / Middle Name / Last Name)
Debtor 2 (Spouse, if filing): (First Name / Middle Name / Last Name)
United States Bankruptcy Court for the: NORTHERN DISTRICT OF CALIFORNIA
Case number: 22-30622

☐ Check if this is an amended filing

Official Form 106A/B
# Schedule A/B: Property
12/15

In each category, separately list and describe items. List an asset only once. If an asset fits in more than one category, list the asset in the category where you think it fits best. Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Describe Each Residence, Building, Land, or Other Real Estate You Own or Have an Interest In

1. **Do you own or have any legal or equitable interest in any residence, building, land, or similar property?**

   ☐ No. Go to Part 2.
   ■ Yes. Where is the property?

**1.1**

**28 Merced Avenue**
Street address, if available, or other description

**San Anselmo**  **CA**  **94960-0000**
City / State / ZIP Code

**Marin**
County

**What is the property?** Check all that apply
■ Single-family home
☐ Duplex or multi-unit building
☐ Condominium or cooperative
☐ Manufactured or mobile home
☐ Land
☐ Investment property
☐ Timeshare
☐ Other

**Who has an interest in the property?** Check one
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
■ At least one of the debtors and another

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

Current value of the entire property? **$1,200,000.00**
Current value of the portion you own? **$1,200,000.00**

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.
**Community property**

■ Check if this is community property (see instructions)

Other information you wish to add about this item, such as local property identification number:

**1,838 sq. ft home, 2 bedrooms, 2 bath, 1 car garage**
**Valuation Debtor's research of comparable sales in the neighborhood and an online appraisal website, Zillow.com, on January 13, 2023**

| | | | |
|---|---|---|---|
| Debtor 1 | Thomas Enzendorfer | Case number (if known) | 22-30622 |

**If you own or have more than one, list here:**

**1.2**

**1439 S. Michigan Avenue, #103**
Street address, if available, or other description

**Chicago**  **IL**  **60605-0000**
City   State   ZIP Code

**Cook**
County

**What is the property?** Check all that apply
- ☐ Single-family home
- ☐ Duplex or multi-unit building
- ■ Condominium or cooperative
- ☐ Manufactured or mobile home
- ☐ Land
- ☐ Investment property
- ☐ Timeshare
- ☐ Other _____

**Who has an interest in the property?** Check one
- ☐ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ■ At least one of the debtors and another

Other information you wish to add about this item, such as local property identification number:

**2 bedroom, 2 1/2 bath, 1 parking space, heating and air conditioning Valuation per Debtor's research of comparable sales in the neighborhood and a BPO of Real Estate Broker, Tom Campone of Keller Williams**

Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property*.

**Current value of the entire property?** $450,000.00

**Current value of the portion you own?** $450,000.00

Describe the nature of your ownership interest (such as fee simple, tenancy by the entireties, or a life estate), if known.

**Tenancy by the Entirety**

☐ **Check if this is community property** (see instructions)

2. **Add the dollar value of the portion you own for all of your entries from Part 1, including any entries for pages you have attached for Part 1. Write that number here**.........................................................=>   **$1,650,000.00**

---

**Part 2:  Describe Your Vehicles**

**Do you own, lease, or have legal or equitable interest in any vehicles, whether they are registered or not?** Include any vehicles you own that someone else drives. If you lease a vehicle, also report it on *Schedule G: Executory Contracts and Unexpired Leases*.

3. **Cars, vans, trucks, tractors, sport utility vehicles, motorcycles**

☐ No
■ Yes

**3.1**
Make: **Tesla**
Model: **Model S**
Year: **2018**
Approximate mileage: **105,000**
Other information:
**In good condition
Private party valuation per kbb.com on November 3, 2022**

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Current value of the entire property?** $35,100.00

**Current value of the portion you own?** $35,100.00

**3.2**
Make: **Mercedes Benz**
Model: **SLK 250**
Year: **2013**
Approximate mileage: **55,000**
Other information:
**Not functional
Private party valuation per kbb.com on November 3, 2022**

**Who has an interest in the property?** Check one
- ■ Debtor 1 only
- ☐ Debtor 2 only
- ☐ Debtor 1 and Debtor 2 only
- ☐ At least one of the debtors and another

☐ **Check if this is community property** (see instructions)

**Current value of the entire property?** $1,200.00

**Current value of the portion you own?** $1,200.00

4. **Watercraft, aircraft, motor homes, ATVs and other recreational vehicles, other vehicles, and accessories**
   *Examples:* Boats, trailers, motors, personal watercraft, fishing vessels, snowmobiles, motorcycle accessories

   ☐ No
   ☒ Yes

   4.1   Make: **Achilles Inflatable Boat**
   Model: **CF# 2932XR**
   Year: **2021**
   Other information: **In good condition**

   Who has an interest in the property? Check one
   ☒ Debtor 1 only
   ☐ Debtor 2 only
   ☐ Debtor 1 and Debtor 2 only
   ☐ At least one of the debtors and another
   ☐ Check if this is community property (see instructions)

   Do not deduct secured claims or exemptions. Put the amount of any secured claims on *Schedule D: Creditors Who Have Claims Secured by Property.*

   Current value of the entire property? **$1,200.00**
   Current value of the portion you own? **$1,200.00**

5. Add the dollar value of the portion you own for all of your entries from Part 2, including any entries for pages you have attached for Part 2. Write that number here........................=>    **$37,500.00**

**Part 3: Describe Your Personal and Household Items**

Do you own or have any legal or equitable interest in any of the following items?

Current value of the portion you own? Do not deduct secured claims or exemptions.

6. **Household goods and furnishings**
   *Examples:* Major appliances, furniture, linens, china, kitchenware
   ☐ No
   ☒ Yes. Describe.....

   No one item exceeds $600 in value
   2 beds, 2 nightstands, 3 dressers, 1 couch, 7 chairs, 1 living room table, 1 dining room table, 3 throw rugs, 2 bar stools, flatware/silverware for 6 settings, 1 dishwasher, 1 washer/dryer, basic gardening, handyman tools.

   **$1,500.00**

7. **Electronics**
   *Examples:* Televisions and radios; audio, video, stereo, and digital equipment; computers, printers, scanners; music collections; electronic devices including cell phones, cameras, media players, games
   ☐ No
   ☒ Yes. Describe.....

   2 iPhones, 2 TV's, 1 playstation    **$1,400.00**

8. **Collectibles of value**
   *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; stamp, coin, or baseball card collections; other collections, memorabilia, collectibles
   ☐ No
   ☒ Yes. Describe.....

   Paintings from grandfather
   Mostly sentimental value    **$100.00**

9. **Equipment for sports and hobbies**
   *Examples:* Sports, photographic, exercise, and other hobby equipment; bicycles, pool tables, golf clubs, skis; canoes and kayaks; carpentry tools; musical instruments
   ☐ No
   ☒ Yes. Describe.....

   3 bicycle    **$300.00**

Debtor 1     Thomas Enzendorfer                    Case number (if known)  22-30622

10. **Firearms**
    *Examples:* Pistols, rifles, shotguns, ammunition, and related equipment
    ■ No
    ☐ Yes. Describe.....

11. **Clothes**
    *Examples:* Everyday clothes, furs, leather coats, designer wear, shoes, accessories
    ☐ No
    ■ Yes. Describe.....

    | **Used clothing** | **$350.00** |
    |---|---|

12. **Jewelry**
    *Examples:* Everyday jewelry, costume jewelry, engagement rings, wedding rings, heirloom jewelry, watches, gems, gold, silver
    ☐ No
    ■ Yes. Describe.....

    | **Wedding ring, Omega Seamaster Watch** | **$3,200.00** |
    |---|---|

13. **Non-farm animals**
    *Examples:* Dogs, cats, birds, horses
    ☐ No
    ■ Yes. Describe.....

    | **Golden doodle, cat** | **$600.00** |
    |---|---|

14. **Any other personal and household items you did not already list, including any health aids you did not list**
    ■ No
    ☐ Yes. Give specific information.....

15. **Add the dollar value of all of your entries from Part 3, including any entries for pages you have attached for Part 3. Write that number here** .............................................................................  **$7,450.00**

### Part 4:  Describe Your Financial Assets

**Do you own or have any legal or equitable interest in any of the following?**     **Current value of the portion you own?** Do not deduct secured claims or exemptions.

16. **Cash**
    *Examples:* Money you have in your wallet, in your home, in a safe deposit box, and on hand when you file your petition
    ☐ No
    ■ Yes.................................................................................................

    | | **Cash** | **$250.00** |
    |---|---|---|

17. **Deposits of money**
    *Examples:* Checking, savings, or other financial accounts; certificates of deposit; shares in credit unions, brokerage houses, and other similar institutions. If you have multiple accounts with the same institution, list each.
    ☐ No
    ■ Yes........................                   Institution name:

    | 17.1. | **Checking** | **Chase (Opened November 1, 2022) Individual checking account** | **$16,000.00** |
    |---|---|---|---|

Official Form 106A/B                    Schedule A/B: Property                    page 4

Case: 22-30622   Doc# 47   Filed: 01/20/23   Entered: 01/20/23 10:50:24   Page 4 of 15

| Debtor 1 | Thomas Enzendorfer | Case number (if known) | 22-30622 |
|---|---|---|---|

| | | | |
|---|---|---|---|
| 17.2. | Checking account | USAA (Balance as of 11/14/2022)<br>Jt. Checking account no. xxx3237<br>(No longer a joint checking account as of November 1, 2022) | $15,537.00 |

18. **Bonds, mutual funds, or publicly traded stocks**
    *Examples:* Bond funds, investment accounts with brokerage firms, money market accounts
    ☐ No
    ■ Yes.................

    Institution or issuer name:

    **Coinbase**
    **Crypto currency assets**
    **Acct. no. xxx: 50173** ............................................................. $16,753.00

19. **Non-publicly traded stock and interests in incorporated and unincorporated businesses, including an interest in an LLC, partnership, and joint venture**
    ☐ No
    ■ Yes. Give specific information about them...................

| Name of entity: | % of ownership: | |
|---|---|---|
| **EnergyInvest, LLC**<br>Owns 100% of American Home Energy, Inc. and HomeEnergy, Inc. | 100 % | Unknown |
| **American Home Energy, Inc.** | 100 % | $0.00 |
| **HomeEnergy, Inc.** | 100 % | $0.00 |
| **Hall Wines of Napa, LP** | 1 % | $75,000.00 |
| **Scotria USA, LLC**<br>Wholesale operations<br>Start date 3/28/2017. Became inactive 12/1/2017 | 50 % | $0.00 |
| **Capital Partner fund VI, LLC**<br>Acquisition Special Purpose Entity<br>Start date 4/12/2018. Became inactive 5/1/2018 | 50 % | $0.00 |
| **Hirschkopf, Inc.**<br>Holding company dissolved by the State of Illinois<br>Start date 6/22/2015. Became inactive 11/11/2016 | 0 % | $0.00 |
| **AHE Sales, LLC**<br>American Home Energy, Inc., wholly owned subsidiary/employer of record for all of American<br>Home Energy, Inc.,'s non-construction employees.<br>Start date 2/1/2018. Became inactive 6/30/2020 | 0 % | $0.00 |

|  |  |  |
|---|---|---|
| AHE Construction, LLC<br>American Home Energy, Inc., wholly owned subsidiary/employer of record for all of American<br>Home Energy, Inc.,'s construction employees.<br>Start date 2/1/2018. Became inactive 6/30/2020 | 0 % | $0.00 |
| HomeEnergy AZ, LLC<br>Domestic LLC to qualify for Arizona contractor license for HomeEnergy, Inc.<br>Start date: 7/8/2020; inactive 6/29/2021 | 0 % | $0.00 |

20. **Government and corporate bonds and other negotiable and non-negotiable instruments**
    *Negotiable instruments* include personal checks, cashiers' checks, promissory notes, and money orders.
    *Non-negotiable instruments* are those you cannot transfer to someone by signing or delivering them.
    ■ No
    ☐ Yes. Give specific information about them
           Issuer name:

21. **Retirement or pension accounts**
    *Examples:* Interests in IRA, ERISA, Keogh, 401(k), 403(b), thrift savings accounts, or other pension or profit-sharing plans
    ☐ No
    ■ Yes. List each account separately.

    | Type of account: | Institution name: | |
    |---|---|---|
    | 401(k) | Paychex | $149,210.00 |

22. **Security deposits and prepayments**
    Your share of all unused deposits you have made so that you may continue service or use from a company
    *Examples:* Agreements with landlords, prepaid rent, public utilities (electric, gas, water), telecommunications companies, or others
    ■ No
    ☐ Yes. ......................        Institution name or individual:

23. **Annuities** (A contract for a periodic payment of money to you, either for life or for a number of years)
    ■ No
    ☐ Yes............    Issuer name and description.

24. **Interests in an education IRA, in an account in a qualified ABLE program, or under a qualified state tuition program.**
    26 U.S.C. §§ 530(b)(1), 529A(b), and 529(b)(1).
    ■ No
    ☐ Yes............    Institution name and description. Separately file the records of any interests.11 U.S.C. § 521(c):

25. **Trusts, equitable or future interests in property (other than anything listed in line 1), and rights or powers exercisable for your benefit**
    ☐ No
    ■ Yes. Give specific information about them...

    | | |
    |---|---|
    | TLE Family Trust<br>Contingent interest in assets upon non-filing spouse's death. | $0.00 |

26. **Patents, copyrights, trademarks, trade secrets, and other intellectual property**
    *Examples:* Internet domain names, websites, proceeds from royalties and licensing agreements
    ☐ No
    ■ Yes. Give specific information about them...

    | | |
    |---|---|
    | ** See attached list of domain names** | $4,510.00 |

| Debtor 1 | Thomas Enzendorfer | Case number *(if known)* | 22-30622 |

27. **Licenses, franchises, and other general intangibles**
    *Examples:* Building permits, exclusive licenses, cooperative association holdings, liquor licenses, professional licenses
    ☐ No
    ■ Yes. Give specific information about them...

    | California C10 Contractor License<br>Arizona C11 Contractor License<br>Non-fungible, no market value | $0.00 |

| **Money or property owed to you?** | **Current value of the portion you own?**<br>Do not deduct secured claims or exemptions. |

28. **Tax refunds owed to you**
    ■ No
    ☐ Yes. Give specific information about them, including whether you already filed the returns and the tax years.......

29. **Family support**
    *Examples:* Past due or lump sum alimony, spousal support, child support, maintenance, divorce settlement, property settlement
    ■ No
    ☐ Yes. Give specific information......

30. **Other amounts someone owes you**
    *Examples:* Unpaid wages, disability insurance payments, disability benefits, sick pay, vacation pay, workers' compensation, Social Security benefits; unpaid loans you made to someone else
    ☐ No
    ■ Yes. Give specific information..

    | Loans made to American Home Energy and Home Energy<br>$88,300 uncollectible loan | Unknown |

31. **Interests in insurance policies**
    *Examples:* Health, disability, or life insurance; health savings account (HSA); credit, homeowner's, or renter's insurance
    ☐ No
    ■ Yes. Name the insurance company of each policy and list its value.

    | Company name: | Beneficiary: | Surrender or refund value: |
    |---|---|---|
    | Lincoln Financial<br>Term life insurance | Thomas Enzendorfer, Trustee, TLE Family Trust | $0.00 |

32. **Any interest in property that is due you from someone who has died**
    If you are the beneficiary of a living trust, expect proceeds from a life insurance policy, or are currently entitled to receive property because someone has died.
    ■ No
    ☐ Yes. Give specific information..

33. **Claims against third parties, whether or not you have filed a lawsuit or made a demand for payment**
    *Examples:* Accidents, employment disputes, insurance claims, or rights to sue
    ☐ No
    ■ Yes. Describe each claim.........

Official Form 106A/B      Schedule A/B: Property      page 7

| Debtor 1 | Thomas Enzendorfer | Case number *(if known)* | 22-30622 |

| | |
|---|---|
| **Civil suit in U.S. District Court, Eastern District of New York American Home Energy, Inc., HomeEnergy Inc., EnergyInvest, LLC, and Thomas Enzendorfer v. AEC Yield Capital, LLC, et al. Case No. 21-CV-1337 (ARR) (RR) Estimated claim amount: $10,000,000** | **Unknown** |
| **Counter claim against Solid Income, Ltd. off-setting the claim amount of Solid Income in AAA Ref. #LLC-Case 01-22-0002-0709 Estimated claim amount: $10,000,000** | **Unknown** |

34. **Other contingent and unliquidated claims of every nature, including counterclaims of the debtor and rights to set off claims**
    ☒ No
    ☐ Yes. Describe each claim.........

35. **Any financial assets you did not already list**
    ☒ No
    ☐ Yes. Give specific information..

36. **Add the dollar value of all of your entries from Part 4, including any entries for pages you have attached for Part 4. Write that number here.......................................................................................................**  $277,260.00

**Part 5:** Describe Any Business-Related Property You Own or Have an Interest In. List any real estate in Part 1.

37. **Do you own or have any legal or equitable interest in any business-related property?**
    ☒ No. Go to Part 6.
    ☐ Yes. Go to line 38.

**Part 6:** Describe Any Farm- and Commercial Fishing-Related Property You Own or Have an Interest In.
If you own or have an interest in farmland, list it in Part 1.

46. **Do you own or have any legal or equitable interest in any farm- or commercial fishing-related property?**
    ☒ No. Go to Part 7.
    ☐ Yes. Go to line 47.

**Part 7:** Describe All Property You Own or Have an Interest in That You Did Not List Above

53. **Do you have other property of any kind you did not already list?**
    *Examples:* Season tickets, country club membership
    ☒ No
    ☐ Yes. Give specific information.........

54. **Add the dollar value of all of your entries from Part 7. Write that number here** ....................................  $0.00

| | | | | |
|---|---|---|---|---|
| Debtor 1 | Thomas Enzendorfer | | Case number *(if known)* | 22-30622 |

**Part 8:** List the Totals of Each Part of this Form

| | | | | |
|---|---|---|---|---|
| 55. | **Part 1: Total real estate, line 2** ........................................................................................................ | | | $1,650,000.00 |
| 56. | **Part 2: Total vehicles, line 5** | $37,500.00 | | |
| 57. | **Part 3: Total personal and household items, line 15** | $7,450.00 | | |
| 58. | **Part 4: Total financial assets, line 36** | $277,260.00 | | |
| 59. | **Part 5: Total business-related property, line 45** | $0.00 | | |
| 60. | **Part 6: Total farm- and fishing-related property, line 52** | $0.00 | | |
| 61. | **Part 7: Total other property not listed, line 54** | + $0.00 | | |
| 62. | **Total personal property.** Add lines 56 through 61... | $322,210.00 | Copy personal property total | $322,210.00 |
| 63. | **Total of all property on Schedule A/B.** Add line 55 + line 62 | | | $1,972,210.00 |

Official Form 106A/B     Schedule A/B: Property     page 9

| Domain Name | Auto-renew | Lock | Expiration Date | Est. Value |
| --- | --- | --- | --- | --- |
| emeraldcapitaltrust.com | Off | Locked | 1/1/2023 | $100.00 |
| thomasisadick.com | Off | Locked | 1/5/2023 | $100.00 |
| americanhome.energy | Off | Locked | 1/26/2023 | $20.00 |
| americanhomeenergy.net | Off | Locked | 1/26/2023 | $100.00 |
| turtlebeater.com | Off | Locked | 2/7/2023 | $80.00 |
| mglove.solar | Off | Locked | 2/17/2023 | $23.00 |
| DARKDRILLING.COM | Off | Locked | 2/26/2023 | $45.00 |
| PVHORE.COM | Off | Locked | 2/26/2023 | $300.00 |
| magenta.solar | Off | Locked | 3/5/2023 | $150.00 |
| 115PHOTOGRAPHY.COM | Off | Locked | 3/28/2023 | $120.00 |
| tusksolar.com | Off | Locked | 4/14/2023 | $150.00 |
| DALELEJOBS.COM | Off | Locked | 4/30/2023 | $50.00 |
| DALELEJOBS.NET | Off | Locked | 4/30/2023 | $23.00 |
| odintime.com | On | Locked | 5/24/2023 | $150.00 |
| californiaspeech.com | On | Locked | 6/15/2023 | $100.00 |
| americanhomeenergy.com | Off | Locked | 6/24/2023 | $300.00 |
| HIRSCHKOPF.COM | On | Locked | 7/25/2023 | $100.00 |
| ahecapital.com | Off | Locked | 8/1/2023 | $50.00 |
| ahedistribution.com | Off | Locked | 8/1/2023 | $50.00 |
| aheengineeringsvcs.com | Off | Locked | 8/1/2023 | $50.00 |
| aheholdings.com | Off | Locked | 8/1/2023 | $50.00 |
| ourahe.com | Off | Locked | 8/1/2023 | $50.00 |
| solarthomas.com | Off | Locked | 8/3/2023 | $100.00 |

| Domain | Auto-renew | Status | Date | Price |
|---|---|---|---|---|
| americanhomelogistics.com | Off | Locked | 8/5/2023 | $23.00 |
| americanhometransport.com | Off | Locked | 8/5/2023 | $29.00 |
| ENZENDORFER.COM | On | Locked | 8/24/2023 | $100.00 |
| solarhomedelivery.com | Off | Locked | 8/30/2023 | $150.00 |
| silverhires.com | Off | Locked | 9/9/2023 | $150.00 |
| tuskware.com | Off | Locked | 10/19/2023 | $100.00 |
| ENZENDORFER.NET | On | Locked | 10/30/2023 | $100.00 |
| he.solar | Off | Unlocked | 2/9/2024 | $200.00 |
| solarnutte.com | Off | Locked | 5/15/2024 | $100.00 |
| solarnutte.us | Off | Locked | 5/15/2024 | $3.00 |
| ahesolar.com | Off | Locked | 6/16/2024 | $134.00 |
| ahe.global | Off | Locked | 8/2/2024 | $123.00 |
| ahe.world | Off | Locked | 8/2/2024 | $105.00 |
| americanbetterenergy.com | Off | Locked | 1/22/2025 | $105.00 |
| avenuedelivery.com | Off | Locked | 9/1/2025 | $150.00 |
| holding.solar | Off | Locked | 1/7/2026 | $150.00 |
| prepa.me | Off | Locked | 1/22/2026 | $150.00 |
| preph.me | Off | Locked | 1/22/2026 | $39.00 |
| prephr.com | Off | Locked | 1/22/2026 | $50.00 |
| myhe.world | Off | Locked | 1/27/2026 | $55.00 |
| myavenue.world | Off | Locked | 2/23/2026 | $58.00 |
| eih.solar | Off | Locked | 12/5/2026 | $100.00 |
| solarfracker.com | Off | Locked | 2/7/2027 | $75.00 |
| TOTAL | | | | $4,510.00 |

| Fill in this information to identify your case: | | | |
|---|---|---|---|
| Debtor 1 | **Thomas** | | **Enzendorfer** |
| | First Name | Middle Name | Last Name |
| Debtor 2 (Spouse if, filing) | First Name | Middle Name | Last Name |
| United States Bankruptcy Court for the: | NORTHERN DISTRICT OF CALIFORNIA | | |
| Case number (if known) | 22-30622 | | |

☐ Check if this is an amended filing

Official Form 106C
# Schedule C: The Property You Claim as Exempt 4/22

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. Using the property you listed on *Schedule A/B: Property* (Official Form 106A/B) as your source, list the property that you claim as exempt. If more space is needed, fill out and attach to this page as many copies of *Part 2: Additional Page* as necessary. On the top of any additional pages, write your name and case number (if known).

For each item of property you claim as exempt, you must specify the amount of the exemption you claim. One way of doing so is to state a specific dollar amount as exempt. Alternatively, you may claim the full fair market value of the property being exempted up to the amount of any applicable statutory limit. Some exemptions—such as those for health aids, rights to receive certain benefits, and tax-exempt retirement funds—may be unlimited in dollar amount. However, if you claim an exemption of 100% of fair market value under a law that limits the exemption to a particular dollar amount and the value of the property is determined to exceed that amount, your exemption would be limited to the applicable statutory amount.

### Part 1: Identify the Property You Claim as Exempt

1. **Which set of exemptions are you claiming?** *Check one only, even if your spouse is filing with you.*

   ☐ You are claiming state and federal nonbankruptcy exemptions. 11 U.S.C. § 522(b)(3)

   ■ You are claiming federal exemptions. 11 U.S.C. § 522(b)(2)

2. **For any property you list on *Schedule A/B* that you claim as exempt, fill in the information below.**

| Brief description of the property and line on *Schedule A/B* that lists this property | Current value of the portion you own<br>Copy the value from *Schedule A/B* | Amount of the exemption you claim<br>*Check only one box for each exemption.* | Specific laws that allow exemption |
|---|---|---|---|
| **28 Merced Avenue San Anselmo, CA 94960  Marin County**<br>1,838 sq. ft home, 2 bedrooms, 2 bath, 1 car garage<br>Valuation Debtor's research of comparable sales in the neighborhood and an online appraisal website, Zillow.com, on January 13, 2023<br>Line from *Schedule A/B*: **1.1** | $1,200,000.00 | ■ $626,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | C.C.P. § 704.730 |
| **1439 S. Michigan Avenue, #103 Chicago, IL 60605  Cook County**<br>2 bedroom, 2 1/2 bath, 1 parking space, heating and air conditioning<br>Valuation per Debtor's research of comparable sales in the neighborhood and a BPO of Real Estate Broker, Tom Campone of Kell<br>Line from *Schedule A/B*: **1.2** | $450,000.00 | ☐<br>■ 100% of fair market value, up to any applicable statutory limit | 11 U.S.C. § 522(b)(3)(B) |

| Debtor 1 | Thomas Enzendorfer | | Case number (if known) | 22-30622 |

| Brief description of the property and line on Schedule A/B that lists this property | Current value of the portion you own<br><br>Copy the value from Schedule A/B | Amount of the exemption you claim<br><br>Check only one box for each exemption. | Specific laws that allow exemption |
|---|---|---|---|
| **2018 Tesla Model S 105,000 miles In good condition Private party valuation per kbb.com on November 3, 2022** <br>Line from Schedule A/B: **3.1** | $35,100.00 | ■ $3,625.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.010** |
| **No one item exceeds $600 in value 2 beds, 2 nightstands, 3 dressers, 1 couch, 7 chairs, 1 living room table, 1 dining room table, 3 throw rugs, 2 bar stools, flatware/silverware for 6 settings, 1 dishwasher, 1 washer/dryer, basic gardening, handyman tools** <br>Line from Schedule A/B: **6.1** | $1,500.00 | ■ $1,500.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **2 iPhones, 2 TV's, 1 playstation** <br>Line from Schedule A/B: **7.1** | $1,400.00 | ■ $1,400.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Paintings from grandfather Mostly sentimental value** <br>Line from Schedule A/B: **8.1** | $100.00 | ■ $100.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |
| **3 bicycle** <br>Line from Schedule A/B: **9.1** | $300.00 | ■ $300.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Used clothing** <br>Line from Schedule A/B: **11.1** | $350.00 | ■ $350.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Wedding ring, Omega Seamaster Watch** <br>Line from Schedule A/B: **12.1** | $3,200.00 | ■ $3,200.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.040** |
| **Golden doodle, cat** <br>Line from Schedule A/B: **13.1** | $600.00 | ■ $600.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.020** |
| **Checking: Chase (Opened November 1, 2022) Individual checking account** <br>Line from Schedule A/B: **17.1** | $16,000.00 | ■ $16,000.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.225** |
| **401(k): Paychex** <br>Line from Schedule A/B: **21.1** | $149,210.00 | ■ $149,210.00<br>☐ 100% of fair market value, up to any applicable statutory limit | **C.C.P. § 704.115(a)(1) & (2), (b)** |

Case: 22-30622    Doc# 47    Filed: 01/20/23    Entered: 01/20/23 10:50:24    Page 13 of 15

3. **Are you claiming a homestead exemption of more than $189,050?**
   (Subject to adjustment on 4/01/25 and every 3 years after that for cases filed on or after the date of adjustment.)

   ☐ No

   ■ Yes. Did you acquire the property covered by the exemption within 1,215 days before you filed this case?

   　　■ No

   　　☐ Yes

# United States Bankruptcy Court
## Northern District of California

In re: **Thomas Enzendorfer**
Debtor(s)

Case No. **22-30622**
Chapter **11**

# DECLARATION CONCERNING DEBTOR'S AMENDED SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing, consisting of **14** page(s), and that they are true and correct to the best of my knowledge, information, and belief.

Date: **January 20, 2023**

Signature: **/s/ Thomas Enzendorfer**
**Thomas Enzendorfer**
Debtor 1

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.