Signed and Filed: July 13, 2023



_____
**HANNAH L. BLUMENSTIEL**
**U.S. Bankruptcy Judge**

# UNITED STATES BANKRUPTCY COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: | ) Case No. 22-30622 HLB |
| | ) |
| THOMAS ENZENDORFER, | ) Chapter 11 |
| | ) |
| Debtor. | ) |

**ORDER GRANTING DEBTOR'S MOTION TO DISMISS**

This case came before the court on July 13, 2023 for a hearing on a Motion to Dismiss Under 11 U.S.C. § 305(a) filed by Debtor Thomas Enzendorfer.[1] Creditors Solid Income Ltd., AEC Yield Capital LLC, and AEC 51 Yield LLC (the "Solid Income Creditors") opposed the Motion,[2] as did Subchapter V Trustee Mark Sharf.[3] On July 10, 2023, Mr. Enzendorfer filed a supplement[4] to his Motion, in which he offered an alternative to dismissal in the form of an expansion of Mr. Sharf's powers and duties to facilitate an investigation of certain pre-petition transfers undertaken by Mr. Enzendorfer and his non-filing spouse, Laura Enzendorfer.

---

[1] Dkt. 127 (the "Motion").

[2] Dkt. 138.

[3] Dkt. 139.

[4] Dkt. 140.

After hearing lengthy argument, the court recited its findings and conclusions into the record. Based on those findings and conclusions, the court **ORDERS** as follows:

**1.** The Motion is hereby **GRANTED**;

**2.** Dismissal shall be stayed for a period of 60 days from entry of this order. During this 60 day period, the court will entertain fee applications from Mr. Sharf and from Mr. Enzendorfer's counsel (and any other creditors holding administrative priority claims). Those applications should be filed as soon as possible, as the court will need to rule on the fee applications – and Mr. Enzendorfer will need to pay whatever fees and costs the court might allow – prior to the conclusion of the 60 day period.

**3.** Once dismissal becomes effective, Mr. Enzendorfer is hereby **BARRED** from filing a voluntary petition for relief under the Bankruptcy Code in any bankruptcy court in the United States for a period of one year.

**\*\*END OF ORDER\*\***

**Court Service List**